NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER PURCELL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>SPOKEO, INC.,<br><br>        Defendant.<br>_____ / | No. C10-03978 HRL<br><br>**ORDER VACATING MAY 3, 2011 MOTION HEARING** |

Defendant's Motion to Dismiss or Transfer Venue (Docket No. 14) is deemed suitable for determination without oral argument, and the May 3, 2011 motion hearing is vacated. Civ. L.R. 7-1(b).

SO ORDERED.

Dated:   May 2, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:10-cv-03978-HRL Notice has been electronically mailed to:

2   Anne Fowler Bradley    abradley@foley.com, LACA-LitigationDocket@foley.com,
    lsaptoro@foley.com

3

    Azita Moradmand    amoradmand@parisihavens.com

4

    David Christopher Parisi    dcparisi@parisihavens.com

5

    John Nadolenco    jnadolenco@mayerbrown.com, bschreiner@mayerbrown.com,
6   egriffin@mayerbrown.com, jaustgen@mayerbrown.com, los-docket@mayerbrown.com

7   Suzanne L. Havens Beckman    shavens@parisihavens.com

8   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28