MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER PURCELL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPOKEO, INC.,<br><br>　　　　　Defendant. | Case No. CV-10-03978 HRL<br><br>**[PROPOSED] ORDER ALLOWING FILING OF STATEMENT OF RECENT DECISION RE: MOTION TO DISMISS OR TRANSFER**<br><br>Hon. Howard R. Lloyd |

1    Having reviewed Defendant's Request to File Statement of Recent Decision
2 re Motion to Dismiss or Transfer and for good cause appearing, the Court hereby
3 allows Defendant's filing of Judge Otis Wright's Order Granting in Part and
4 Denying in Part Defendant's Motion to Dismiss First Amended Complaint, in
5 connection with Defendant's Motion to Dismiss or Transfer in this case.
6    IT IS SO ORDERED.

DATE: ____May 27, 2011_____     _____
                                      Magistrate Judge Howard R. Lloyd