PARISI & HAVENS LLP
DAVID C. PARISI (162248)
dcparisi@parisihavens.com
SUZANNE HAVENS BECKMAN (188814)
shavens@parisihavens.com
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299 (voice)

PROGRESSIVE LAW GROUP, LLC
ILAN CHOROWSKY
ilan@progressivelaw.com
LINDSEY GOLDBERG
lindsey@progressivelaw.com
505 N. LaSalle St, Suite 350
Chicago, IL 60654
(312) 787-2717 (voice)

Attorneys for Plaintiff

MAYER BROWN LLP
JOHN NADOLENCO (181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
(213) 229-9500 (voice)

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER PURCELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. CV-10-03978 HRL<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO MODIFY SCHEDULING**<br><br>[Re: Docket No. 38] |

1

Pursuant to stipulation submitted by the parties through their undersigned counsel, and GOOD CAUSE APPEARING thereof, the Court HEREBY ORDERS as follows:

1. Plaintiff will file her opposition brief to the Motion to Dismiss 30 days following the Court's ruling on the Motion to Dismiss or Transfer Venue, if this case is not dismissed or transferred, and if Plaintiff does not file an amended complaint;
2. Defendant Spokeo will file its reply brief 30 days following the filing of Plaintiff's opposition brief;
3. That briefing and hearing dates previously scheduled by the Court with respect to the pending Motion to Dismiss are stricken; and
4. The current hearing date on the Motion to Dismiss scheduled for June 14, 2011 at 10:00 a.m. is vacated and reset to September 27, 2011, 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 27, 2011

Honorable Howard R. Lloyd
Magistrate Judge, United States District Court