# United States District Court
# Central District of California

| | |
|---|---|
| JENNIFER PURCELL, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SPOKEO, INC.,<br><br>          Defendant. | Case No. 2:11-cv-06003-ODW(AGRx)<br><br>**ORDER LIFTING STAY AND REOPENING CASE** |

Based on the Joint Status Report filed by the parties on June 2, 2014 (ECF No. 83), the Court **ORDERS** as follows:

- The stay in this case is **LIFTED** and the Clerk of Court shall reopen this case.
- Upon stipulation of the parties, the Motion to Dismiss filed prior to the stay is hereby **WITHDRAWN**. (ECF No. 66.)
- Defendant Spokeo, Inc. shall answer or file a renewed motion to dismiss **no later than 30 days from the date of this Order**.
- A class-certification motion shall be filed **no later than 90 days** after an answer is filed in this action.

/ / /

- The Court will hear a motion for consolidation in this case and the related case of *Robins v. Spokeo, Inc.*, No. 10-05306-ODW(AGRx).  The motion should be filed as soon as practicable after complying with the Federal Rules of Civil Procedure and the Central District of California's Local Rules.

**IT IS SO ORDERED.**

June 3, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**