Name and address:
Mark A. Bulgarelli
Progressive Law Group, LLC
1 North LaSalle Street, Suite 2255
Chicago, IL 60602

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JENNIFER PURCELL, Individually and on behalf of all others similarly situated,

　　　　　　　　　　v.　　　　　　　　　　Plaintiff(s)

SPOKEO, INC.,

　　　　　　　　　　　　　　　　　　　　Defendant(s).

CASE NUMBER

2:11-cv-06003-ODW-AGR

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Bulgarelli, Mark A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 787-2717
*Telephone Number*

(888) 574-9038
*Fax Number*

markb@progressivelaw.com
*E-Mail Address*

of   Progressive Law Group, LLC
1 North LaSalle Street, Suite 2255
Chicago, IL 60602

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Jennifer Purcell

*Name(s) of Party(ies) Represented*      [X] Plaintiff   [ ] Defendant   [ ] Other:

and designating as Local Counsel

Parisi, David C.
*Designee's Name (Last Name, First Name & Middle Initial)*

162248
*Designee's Cal. Bar Number*

(818) 990-1299
*Telephone Number*

(818) 501-7852
*Fax Number*

of   Parisi & Havens, LLP
212 Marine Street, Unit 100
Santa Monica, CA 90405

*Firm Name & Address*

dcparisi@parisihavens.com
*E-Mail Address*

hereby ORDERS the Application be:

[X] GRANTED.
[ ] DENIED. Fee shall be returned by the Clerk.
[ ] DENIED, for failure to pay the required fee.

Dated  June 25, 2014

*/s/ Otis D. Wright*

U.S. District Judge/~~U.S. Magistrate Judge~~