**O**

# United States District Court
# Central District of California

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPOKEO, INC.,<br><br>　　　　　Defendant. | Case No. CV 10-05306-ODW(AGRx) |
| JENNIFER PURCELL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPOKEO, INC.,<br><br>　　　　　Defendant. | Case No. CV 11-06003-ODW(AGRx)*<br>**ORDER CONSOLIDATING CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42** |

　　　The Court is in receipt of the stipulation between Plaintiffs Thomas Robins and Jennifer Purcell and Defendant Spokeo, Inc. Having considered the stipulation under Federal Rule of Civil Procedure 42, the Court **ORDERS** as follows:

- *Robins v. Spokeo, Inc.*, No. 10-cv-05306-ODW(AGRx) and *Purcell v. Spokeo, Inc.*, No. 11-cv-06003-ODW(AGRx) are hereby consolidated for the purposes of discovery and all pre-trial matters.

- All pleadings and documents filed or served in the consolidated action shall be filed in the lead case, *Robins v. Spokeo, Inc.*, No. 10-cv-05306-ODW(AGRx).
- The Motion to Dismiss pending in the *Purcell* action shall be separately heard on the noticed hearing date. (*Purcell*, ECF No. 84.)
- Class-certification motions in both actions shall be filed **no later than 90 days** after Spokeo files an answer in the *Purcell* action.
- A scheduling and case-management order in these consolidated actions will issue after Spokeo files an answer in the *Purcell* action.
- The July 14, 2014 Scheduling Conference in the *Robins* action is hereby **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

July 7, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**